UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROEL ESTRACA JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-20-620-G |
| | ) |
| KENNETH TIDWELL et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Plaintiff Roel Estraca Jr. filed this federal civil rights action on June 29, 2020. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On August 10, 2020, Judge Mitchell issued a Report and Recommendation (Doc. No. 8), in which she recommended that this action be dismissed due to Plaintiff's failure to prosecute and to comply with Court orders. In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by August 31, 2020. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

### CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 8) is ADOPTED in its

entirety.  This action is DISMISSED without prejudice.  A separate judgment shall be entered.

    IT IS SO ORDERED this 10th day of November, 2020.

                                                                     CHARLES B. GOODWIN
                                                                       United States District Judge